# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| JULIET MURPHY, et al., | § § § § § | |
| Plaintiff(s), | § § | |
| vs. | § § | Civil Action No. 4:21-cv-00178-ALM |
| TOYOTA MOTOR CORPORATION, et al., | § § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, May 10, 2023 at 7:45 AM**,
Executed at: **3410 BELLE CHASE WAY, LANSING, MI 48911**
at **12:22 PM**, on **Friday, May 12, 2023**,
by delivering to the within named:

### ENGINEERING ANALYSIS ASSOCIATES

by delivering to its **Registered Agent, CSC-LAWYERS INCORPORATING SERVICE**
by personally delivering to its **Authorized Employee, TIA BARTLEY**
a true copy of this

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION and EXHIBIT A TO SUBPOENA with STIPULATED ORDER REGARDING THE PROTOCOL FOR PRODUCING DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

BEFORE ME, the undersigned authority, on this day personally appeared ANGELA VERMILLION who after being duly sworn on oath states: "My name is ANGELA VERMILLION. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Michigan. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**ANGELA VERMILLION** – Process Server

Subscribed and Sworn to by ANGELA VERMILLION, Before Me, the undersigned authority, on this 16th day of May, 2023.

REYONNA FREEMAN
NOTARY PUBLIC, STATE OF MI
COUNTY OF EATON
MY COMMISSION EXPIRES Feb 10, 2026
ACTING IN COUNTY OF Eaton

_____
Notary Public in and for the State of Michigan