IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JULIET MURPHY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>    Defendants. | Consolidated Cas No.: 4:21-cv-00178<br>Hon. Amos L. Mazzant, III<br>**LEAD** |

## ORDER SETTING PRELIMINARY APPROVAL HEARING

Before the Court is the Parties' joint motion to set a date for a preliminary approval hearing (the "Motion") (Dkt. #120). The Motion requests that the Court set a hearing on preliminary approval of a class action settlement at least sixty (60) days from the issuance of this order and also a continued stay until the preliminary approval hearing. Having considered the Motion, and good cause appearing therefor, the Court finds that it should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED THAT**:

1) The Court will hold a hearing on preliminary approval of a class action settlement on Thursday, April 11, 2024, at 9:00 a.m.

2) The Parties shall file their motion for preliminary approval and supportive documents no later than March 28, 2024.

3) The stay is accordingly continued until and including the date of the preliminary approval hearing.

**IT IS SO ORDERED.**

SIGNED this 2nd day of February, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE