IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JULIET MURPHY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>    Defendants. | Consolidated Case No. 4:21-cv-00178<br>Hon. Amos L. Mazzant, III |

## FINAL JUDGMENT

IT IS, on this 19th day of November, 2024, HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23 AND 58 AS FOLLOWS:

(1)    On this date, the Court entered a Final Order Approving Class Action Settlement and Certification of Settlement Class ("Final Order") (Dkt. #149); and

(2)    For the reasons stated in the Court's Final Order, judgment is entered in accordance with the Final Order, and the claims in this Action are dismissed with prejudice, without costs to any party, except as otherwise provided in the Final Order or in the Settlement Agreement.

**IT IS SO ORDERED.**

SIGNED this 19th day of November, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE